UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT CHARLES BAKER, SR.
AKA: ROBERT CHARLES BAKER, ROBERT C. BAKER
GRACE MARGARET BAKER
AKA: GRACE M. BAKER, FKA GRACE MARGARET THOMAS, FKA GRACE M. THOMAS
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-13-03189-JJT

vs.

ROBERT CHARLES BAKER, SR.
AKA: ROBERT CHARLES BAKER, ROBERT C. BAKER   GRACE MARGARET BAKER
AKA: GRACE M. BAKER, FKA GRACE MARGARET THOMAS, FKA GRACE M. THOMAS
    Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on December 7, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Respectfully submitted,

s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBERT CHARLES BAKER, SR.<br>AKA: ROBERT CHARLES BAKER,<br>ROBERT C. BAKER<br>GRACE MARGARET BAKER<br>AKA: GRACE M. BAKER, FKA GRACE MARGARET THOMAS, FKA GRACE M. THOMAS | CHAPTER 13 |
| Debtor(s) | CASE NO: 5-13-03189-JJT |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | |

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| January 9, 2018 at 9:00 am | January 9, 2018 at 09:35 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 600.00**
**AMOUNT DUE FOR THIS MONTH: $300.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE: $900.00**

**NOTE:**

**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
   CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

                                                                        Charles J. DeHart, III, Trustee
                                                                        8125 Adams Drive, Suite A
                                                                        Hummelstown, PA  17036
                                                                        Phone:  (717) 566-6097

Dated:  December 7, 2017

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBERT CHARLES BAKER, SR.<br>AKA: ROBERT CHARLES BAKER,<br>ROBERT C. BAKER<br>GRACE MARGARET BAKER<br>AKA: GRACE M. BAKER, FKA<br>GRACE MARGARET THOMAS,<br>FKA GRACE M. THOMAS | CHAPTER 13 |
| Debtor(s) | CASE NO: 5-13-03189-JJT |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | |

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on December 7, 2017.

JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE, PA  18701-1708

ROBERT CHARLES BAKER, SR.
GRACE MARGARET BAKER
92 DAVIS STREET
TRUCKSVILLE, PA  18708

        Respectfully submitted,

        s/ Liz Joyce
        for Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA  17036
        Phone:  (717) 566-6097

Dated:  December 7, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT CHARLES BAKER, SR.
AKA: ROBERT CHARLES BAKER,
ROBERT C. BAKER
GRACE MARGARET BAKER
AKA: GRACE M. BAKER, FKA
GRACE MARGARET THOMAS, FKA
GRACE M. THOMAS

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-13-03189-JJT

vs.

ROBERT CHARLES BAKER, SR.    MOTION TO DISMISS
AKA: ROBERT CHARLES BAKER,
ROBERT C. BAKER
GRACE MARGARET BAKER
AKA: GRACE M. BAKER, FKA
GRACE MARGARET THOMAS, FKA
GRACE M. THOMAS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.