United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Robert Charles Baker, Sr  
Grace Margaret Baker  
    Debtors

Case No. 13-03189-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: DDunbar    Page 1 of 1    Date Rcvd: Dec 06, 2017  
Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
4397081    +First Horizon Home Loans a division of First Tenne,    c/o Nationstar Mortgage, LLC,    P.O. Box 630267,    Irving, Texas 75063-0116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com  
      Jason Paul Provinzano    on behalf of Debtor 2 Grace Margaret Baker MyLawyer@JPPLaw.com,    G17727@notify.cincompass.com  
      Jason Paul Provinzano    on behalf of Debtor 1 Robert Charles Baker, Sr MyLawyer@JPPLaw.com,    G17727@notify.cincompass.com  
      Joshua I Goldman    on behalf of Creditor    FIRST HORIZON HOME LOANS A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
      Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC, et al. pa-bk@logs.com  
      Recovery Management Systems Corporation    claims@recoverycorp.com  
      Thomas I Puleo    on behalf of Creditor    FIRST HORIZON HOME LOANS A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:13-bk-03189-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert Charles Baker, Sr<br>92 Davis Street<br>Trucksville PA 18708 | Grace Margaret Baker<br>92 Davis Street<br>Trucksville PA 18708 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/05/2017.

Name and Address of Alleged Transferor(s):

Claim No. 6: First Horizon Home Loans a division of First Tenne, c/o Nationstar Mortgage, LLC, P.O. Box 630267, Irving, Texas 75063

Name and Address of Transferee:

U.S. Bank National Association, et al...
c/o Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741
U.S. Bank National Association, et al...
c/o Nationstar Mortgage LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/08/17

Terrence S. Miller
**CLERK OF THE COURT**