UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ROBERT CHARLES BAKER, SR.
         AKA: ROBERT CHARLES BAKER, ROBERT
         C. BAKER                                              CHAPTER 13
         GRACE MARGARET BAKER
         AKA: GRACE M. BAKER, FKA GRACE
         MARGARET THOMAS, FKA GRACE M.
         THOMAS
                    Debtor(s)

                                                               CASE NO: 5-13-03189-JJT

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                    Movant                                     MOTION TO DISMISS
         vs.

         ROBERT CHARLES BAKER, SR.
         AKA: ROBERT CHARLES BAKER, ROBERT
         C. BAKER
         GRACE MARGARET BAKER
         AKA: GRACE M. BAKER, FKA GRACE
         MARGARET THOMAS, FKA GRACE M.
         THOMAS
                    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, comes Charles J. DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire and brings this Motion to Dismiss Case, a statement of which follows:

1. Debtor(s) filed the above case on June 18, 2013.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - 08/16/2013 03/06/2014 10/19/2016 02/10/2017 09/21/2017 12/08/2017.

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 2 months in default with arrearages of $600.00 through March 8, 2018.

6. The non-payment of Debtor's plan obligation is

   a. a material default with respect to the confirmed plan; and

  b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of conference, hearing and other instructions are included with this Motion.

  WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.


Dated: <u>March 8, 2018</u>            Respectfully submitted,


                    <u>/s/ Agatha R. McHale, Esquire</u>
                    <u>ID: 47613</u>
                    Attorney for Movant
                    Charles J. DeHart, III
                    Standing Chapter 13 Trustee
                    8125 Adams Drive, Suite A
                    Hummelstown, PA 17036
                    Phone: (717) 566-6097
                    Fax: (717) 566-8313
                    eMail: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ROBERT CHARLES BAKER, SR.
AKA: ROBERT CHARLES BAKER, ROBERT
C. BAKER
GRACE MARGARET BAKER
AKA: GRACE M. BAKER, FKA GRACE
MARGARET THOMAS, FKA GRACE M.
THOMAS
      Debtor(s)

CHAPTER 13

CASE NO: 5-13-03189-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

vs.

ROBERT CHARLES BAKER, SR.
AKA: ROBERT CHARLES BAKER, ROBERT
C. BAKER   GRACE MARGARET BAKER
AKA: GRACE M. BAKER, FKA GRACE
MARGARET THOMAS, FKA GRACE M.
THOMAS
      Respondent(s)

MOTION TO DISMISS

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**
April 10, 2018 at 9:00 am
U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes Barre, PA

**HEARING:**
April 10, 2018 at 09:35 AM
U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the U.S. Bankruptcy Court.

2.    You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT IMMEDIATELY AFTER**

YOUR CONFERENCE WITH THE TRUSTEE AND MAY RESULT IN DISMISSAL OF YOUR CASE.

**PAYMENT IN FULL WILL NOT EXCUSE YOU FROM THE HEARING.**

Dated: <u>March 8, 2018</u>　　　　　　　　　　　Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT CHARLES BAKER, SR.
AKA: ROBERT CHARLES BAKER, ROBERT C. BAKER
GRACE MARGARET BAKER
AKA: GRACE M. BAKER, FKA GRACE MARGARET THOMAS, FKA GRACE M. THOMAS
    Debtor(s)

CHAPTER 13

CASE NO: 5-13-03189-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

MOTION TO DISMISS

vs.

ROBERT CHARLES BAKER, SR.
AKA: ROBERT CHARLES BAKER, ROBERT C. BAKER   GRACE MARGARET BAKER
AKA: GRACE M. BAKER, FKA GRACE MARGARET THOMAS, FKA GRACE M. THOMAS
    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on March 8, 2018.

JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE, PA  18701-1708

ROBERT CHARLES BAKER, SR.
GRACE MARGARET BAKER
92 DAVIS STREET
TRUCKSVILLE, PA  18708

Dated:  March 8, 2018

Respectfully submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Phone: (717) 566-6097  
Fax: (717) 566-8313  
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT CHARLES BAKER, SR.
AKA: ROBERT CHARLES BAKER, ROBERT
C. BAKER
GRACE MARGARET BAKER
AKA: GRACE M. BAKER, FKA GRACE
MARGARET THOMAS, FKA GRACE M.
THOMAS
    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

ROBERT CHARLES BAKER, SR.
AKA: ROBERT CHARLES BAKER, ROBERT
C. BAKER   GRACE MARGARET BAKER
AKA: GRACE M. BAKER, FKA GRACE
MARGARET THOMAS, FKA GRACE M.
THOMAS
    Respondent(s)

CHAPTER 13

CASE NO: 5-13-03189-JJT

MOTION TO DISMISS

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.