Date: **9/26/2018**

**U.S. BANKRUPTCY COURT/CLERK**

**274 Max Rosenn Street**

**197 South Main Street**

**Wilkes-Barre, PA 18701**

RE: **Thomas-Baker, Grace M**

SSN: **XXX-XX- 1477**

Case Number: **13-03189**

Dear Sir/Madam:

We are requesting the **withdrawal of Claim Number** **3**, electronically submitted on date **7/22/2013**

Thanks you for your cooperation.

Sincerely,

**Daniel George**
Default Department
Creditors Authorized Agent

Conduent
2277 East 220th Street
Long Beach, CA 90810-1690
310-513-2796