UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| ROBERT CHARLES BAKER, SR. | Case No.: 5-13-03189-JJT |
| GRACE MARGARET BAKER | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**
Creditor Name:      NATIONSTAR MORTGAGE
Court Claim Number:      06
Last Four of Loan Number:      3752
Property Address if applicable:      92 DAVIS STREET, TRUCKSVILLE, PA 18708

**PART 2:**      **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $8421.66 |
| b. | Prepetition arrearages paid by the Trustee: | $8421.66 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $785.70 |
| f. | Postpetition arrearages paid by the Trustee: | $785.70 |
| g. | Total b, d, f: | $9,207.36 |

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

Case 5:13-bk-03189-JJT   Doc 63   Filed 10/18/18   Entered 10/18/18 10:35:41   Desc
Page 1 of 3

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 18, 2018                     Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| ROBERT CHARLES BAKER, SR. | Case No.: 5-13-03189-JJT |
| GRACE MARGARET BAKER | Chapter 13 |
| Debtor(s) | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 18, 2018, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JASON P PROVINZANO, ESQUIRE<br>LAW OFFICES OF JASON P PROVINZANO LLC<br>16 W NORTHAMPTON STREET<br>WILKES-BARRE PA, 18701-1708 | SERVED ELECTRONICALLY |
| NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS, TX, 75261-9741 | SERVED BY 1ST CLASS MAIL |
| ROBERT CHARLES BAKER, SR.<br>GRACE MARGARET BAKER<br>92 DAVIS STREET<br>TRUCKSVILLE, PA 18708 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 18, 2018

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com